**E-FILED on**   5/11/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATRINA M. HARTWELL,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA SANTA CLARA COUNTY, and the SMALL CLAIMS DEPARTMENT,<br><br>Defendants. | No. C-05-00878 RMW<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>**[Re Docket No. 9]** |

On March 22, 2005, defendant Superior Court of California moved to dismiss plaintiff Katrina Hartwell's complaint on the grounds of lack of jurisdiction and the failure to state a claim upon which relief can be granted. Specifically, defendant argues that plaintiff's claims are barred by (1) the Eleventh Amendment, (2) the federal Anti-Injunction Act, (3) the *Rooker-Feldman* doctrine, and (4) the *Younger* doctrine. The hearing on the matter was held on May 6, 2005. Plaintiff did not oppose the motion. Therefore, the court finds the motion meritorious and hereby grants the motion and dismisses the complaint with prejudice.

DATED:   5/10/05                                                      /s/ Ronald M. Whyte
                                                                                         RONALD M. WHYTE
                                                                                         United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS—C-05-00878 RMW
MAG

1 | **A copy of this order was mailed on**      **5/12/05**      **to:**

2 | **Counsel for Plaintiff:**

3 | Katrina Hartwell
Suite 200
4 | 1199 Howard Avenue
Burlingame, CA 94010
5 | PRO SE

6 | **Counsel for Defendants:**

7 | John P. Devine
Office of the Attorney General
8 | 455 Golden Gate Avenue
Suite 11000
9 | San Francisco, CA 94102

11 | Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

14 | **Dated:**      5/11/05                                    /s/ MAG
                                                                 **Chambers of Judge Whyte**

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS—C-05-00878 RMW
MAG                                                        2